**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-7579**

---

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

WARREN SANDERS, a/k/a New York Mike, a/k/a Charlie Brown, a/k/a William McKinney,

                Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:03-cr-00086-1)

---

Submitted:  April 26, 2012          Decided:  April 30, 2012

---

Before GREGORY, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Warren Sanders, Appellant Pro Se.  John J. Frail, Steven Loew, Assistant United States Attorneys, Miller A. Bushong, III, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Sanders appeals the district court's order reducing his sentence, on the court's own motion, pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Sanders, No. 3:03-cr-00086-1 (S.D.W. Va. Nov. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED